```
        UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                            CASE NO. 07 B 16983
    EBONY M PETERS
                                                  CHAPTER 13

                                                  JUDGE: BRUCE W BLACK

          Debtor
    SSN XXX-XX-6386


-------------------------------------------------------------------------------
                         TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 09/18/07 and confirmed on 12/05/07.

    2.  The case was dismissed after confirmation, 08/29/2008.

    3.  The Debtor paid a total of $   2178.43 .

    4.  The Trustee made disbursements to creditors as follows:


-------------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                              PAID          PAID
-------------------------------------------------------------------------------
BANK OF NEW YORK            CURRENT MORTG         .00            .00            .00
BANK OF NEW YORK            MORTGAGE ARRE         .00            .00            .00
COUNTRYWIDE FINANCIAL       SECURED               .00            .00            .00
CATON RIDGE HOME OWNERS     SECURED               .00            .00            .00
CATON RIDGE HOMEOWNERS A    SECURED            261.00            .00          64.54
WILL COUNTY TREASURER       SECURED           2177.00            .00         125.45
ACTIVITY COLLECTION SVC     UNSECURED          493.00            .00            .00
SBC                         UNSECURED       NOT FILED            .00            .00
AMERICAN COLLECTION         UNSECURED       NOT FILED            .00            .00
HSBC                        UNSECURED       NOT FILED            .00            .00
CREDIT PROTECTION ASSOC     UNSECURED       NOT FILED            .00            .00
CREDIT PROTECTION ASSOC     UNSECURED       NOT FILED            .00            .00
FIRST NATIONAL CREDIT       UNSECURED       NOT FILED            .00            .00
PREMIER BANKCARD/CHARTER    UNSECURED          367.31            .00            .00
FIRST PREMIER BANK          UNSECURED       NOT FILED            .00            .00
ROUNDUP FUNDING LLC         UNSECURED          988.31            .00            .00
LASALLE BANK                UNSECURED       NOT FILED            .00            .00
MED BUSINESS BUREAU         UNSECURED       NOT FILED            .00            .00
NATIONWIDE ACCEPTANCE       UNSECURED          892.38            .00            .00
NICOR GAS                   UNSECURED       NOT FILED            .00            .00
-------------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                              PAID          PAID
-------------------------------------------------------------------------------
UNITED CONSUMER FINANCIA    UNSECURED         1241.01            .00            .00
US DEPARTMENT OF EDUCATI    UNSECURED         5054.92            .00            .00
USA PAYDAY LOANS            UNSECURED       NOT FILED            .00            .00
WILL COUNTY TREASURER       UNSECURED         2273.13            .00            .00
COMED                       UNSECURED          595.82            .00            .00
          Summary of disbursements:
-------------------------------------------------------------------------------
```

```
                      SECURED    PRIORITY   UNSECURED        OTHER         TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED    2438.00         .00    11905.88          .00      14343.88
PRINCIPAL PAID         189.99         .00         .00          .00        189.99
INTEREST PAID             .00         .00         .00          .00            .00
TOTAL PAID             189.99         .00         .00          .00        189.99
```
The Debtor's attorney, ROBERT J SEMRAD & ASSOC       , was allowed $    3500.00
and was paid $       7.00   direct and $    1875.86   through the plan.

The Trustee received $    112.58 .

Refunds to the Debtor totaled $         .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 11/13/08                    /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE



                              PAGE   2
            CASE NO. 07 B 16983 EBONY M PETERS